UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Brenda Kay Malloy, )
         Plaintiff, )
)
v. ) **JUDGMENT**
)
Carolyn W. Colvin, ) No. 7:13-CV-170-WW
Acting Commissioner of Social Security, )
         Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on April 10, 2014, and served on:**

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Dennis R. Foley (via CM/ECF Notice of Electronic Filing)

April 10, 2014                                       /s/ Julie A. Richards,
                                                            Clerk of Court